**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SELMA DIVISION**

| | | |
|---|---|---|
| CARY AND JANIE HILL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cv-00397-CG-N |
| | ) | |
| OCWEN LOAN SERVICING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, CARY AND JANIE HILL, ("Plaintiffs"), through their attorney, Walker McMullan, Attorneys, informs this Honorable Court that the Parties have reached a settlement in this case.  Plaintiff anticipates dismissing this case, with prejudice, within 30 days.


RESPECTFULLY SUBMITTED,

DATED: August 29, 2016          By: /s/ M. Brandon Walker _____
                                     M. Brandon Walker
                                     Walker McMullan, Attorneys
                                     242 West Valley Avenue, Suite 312
                                     Birmingham, AL 35209
                                     Tel: 205-417-2541
                                     E-mail: brandon@walkermcmullan.com
                                     Attorney for Plaintiffs

**<u>CERTIFICATE OF SERVICE</u>**

  On August 29, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Aliza Pescovitz, at AMalouf@hunton.com.