IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARY AND JANIE HILL, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 16-0397-CG-N |
| OCWEN LOAN SERVICING, LLC, | ) |
| Defendant. | ) |

## ORDER

The parties having filed a Joint Stipulation for Final Order of Dismissal with Prejudice (Doc. 13),[1] all claims in this action are hereby **DISMISSED with prejudice**. Each party shall bear his, her or its attorneys' fees and costs except as otherwise agreed by the parties. The Court retains jurisdiction solely for the purpose of enforcing the settlement agreement should the need arise.

**DONE and ORDERED** this 13th day of October, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Counsel for the Defendant filed a Notice of Endorsement (Doc 14) consenting to his signature being placed on the Joint Stipulation on October 13, 2016.